**File Hashes for IP Address 71.218.22.157**

**ISP:** Century Link
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/29/2013 06:42:21 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/28/2013 13:18:12 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/28/2013 10:25:57 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/04/2013 07:35:17 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 01/04/2013 07:32:39 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 01/04/2013 07:16:25 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 01/03/2013 16:01:01 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 12/05/2012 07:05:57 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CO110