**Copyrights-In-Suit for IP Address 71.218.22.157**

**ISP:** Century Link
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/29/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/04/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/05/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/03/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/28/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/04/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 01/04/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/28/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B

CO110