# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Civil Action No. 1:13-cv-00426-WYD-MEH</u>

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.218.22.157,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, John Doe, subscriber assigned IP address 71.218.22.157 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from the action with prejudice.

Dated: June 12, 2013

Respectfully submitted,

By:   /s/ *Jason A. Kotzker*
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO  80163
Phone:  303-875-5386
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jason A. Kotzker*_____
      Jason A. Kotzker