# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00426-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DARCEY KIEFEL,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF DARCEY KIEFEL

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Darcey Kiefel was assigned the IP Address 71.218.22.157. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Darcey Kiefel has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 18, 2013                  Respectfully submitted,

                                                        By:   /s/ *Jason A. Kotzker*
                                                        Jason A. Kotzker
                                                        Jason@klgip.com
                                                        KOTZKER LAW GROUP
                                                       9609 S. University Blvd. #632134
                                                       Highlands Ranch, CO  80163
                                                       Phone: 303-875-5386
                                                       *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jason A. Kotzker*
      Jason A. Kotzker